UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MATHEW, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an entity of unknown form, and DOES ONE through TWENTY, inclusive<br><br>Defendants. | Case No. 5:12-cv-02097-EJD<br><br>[PROPOSED] ORDER VACATING THE NOVEMBER 29, 2012 EARLY NEUTRAL EVALUATION<br><br>Courtroom 4 – 5th Floor<br>The Honorable Edward J. Davila<br><br>Complaint Filed: February 1, 2012 |

Upon considering the notice of conditional settlement and stipulation of the parties, and good cause appearing, the Court vacates the November 29, 2012 early neutral evaluation hearing.

IT IS SO ORDERED.

Dated:  11/15/2012                     _____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

- 1 -