1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5   JOSEPH MATHEW,
                                                    No. 5:12-02097-EJD
6                Plaintiff,
                                                    **ORDER TO SHOW CAUSE RE:**
7      v.                                           **SETTLEMENT**

8   STATE FARM GENERAL INSURANCE
    COMPANY,
9                Defendant.
                                              /
10  ─────────────────────────────────

11        The parties, having filed a Notice of Settlement on **November 13, 2012** (See Docket Item

12  No. 16), are ordered to appear before the Honorable Edward J. Davila on **December 14, 2012 at**

13  **9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San

14  Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal

15  Rule of Civil Procedure 41(b).  On or before **December 4, 2012**, the parties shall file a joint

16  statement in response to the Order to Show Cause setting forth the status of settlement efforts as well

17  as the amount of additional time necessary to finalize and file a dismissal.

18        The Order to Show Cause shall be automatically vacated and the parties relieved of the

19  obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

20  Procedure 41(a) is filed on or before **December 4, 2012.**

21        All other pretrial deadlines, motions and hearing dates are vacated.

22        Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23  the action.

24  **IT IS SO ORDERED.**

25

26  Dated:  November 15, 2012                
                                             ─────────────────────────────
27                                           EDWARD J. DAVILA
                                             UNITED STATES DISTRICT JUDGE
28

*United States District Court*
For the Northern District of California